UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
KINGVISION PAY-PER-VIEW CORP., LTD.,

              Plaintiff,

  -against-

NOSTALGIA'S BAR RESTAURANT d/b/a
NOSTALGIA

              Defendant.

------------------------------------------------------------- X

03 CV 3233 (ARR)(VVP)

NOT FOR PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated September 15, 2005 from the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. No objections have been filed. Having conducted a *de novo* review of the record, I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the default judgment is granted and statutory damages in the amount of $2,550, and attorney's fees and costs in the amount of $150 are awarded in favor of the plaintiff and against the defendant.

    SO ORDERED.

                                                     _____
                                                   Allyne R. Ross
                                                   United States District Judge

Dated: September 30, 2005
       Brooklyn, New York

SERVICE LIST:

    Paul J. Hooten
    Paul J. Hooten & Associates
    5505 Nesconset Highway, Suite 203
    Mt. Sinai, NY 11766

    Nostalgia's Bar Restaurant d/b/a Nostalgia
    85-09 Northern Blvd.
    Jackson Heights, NY 11372

cc:    Magistrate Judge Viktor V. Pohorelsky