UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KINGVISION PAY-PER-VIEW CORP., LTD.,

                  Plaintiff,

   -against-

NOSTALGIA'S BAR RESTAURANT d/b/a
NOSTALGIA,

                  Defendant.

------------------------------------------------------------------X

**JUDGMENT**
03-CV- 3233 (ARR)

     An Order of Honorable Allyne R. Ross, United States District Judge, having been been filed on September 30, 2005, adopting the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated September 15, 2005, after a *de novo* review of the record; and directing the Clerk of Court to grant the default judgment and enter statutory damages in the amount of $2,500.00, and attorney's fees and costs in the amount of $150.00 in favor of plaintiff and against the defendant; it is

     ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Viktor V. Pohoresky is adopted; and that judgment is hereby entered in favor of plaintiff, Kingvision Pay-Per-View Corp., Ltd., and against defendant, Nostalgia's Bar Restaurant d/b/a Nostalgia, awarding statutory damages in the amount of $2,500.00, and attorney's fees and costs in the amount of $150.00.

Dated: Brooklyn, New York
       September 30, 2005

                       ROBERT C. HEINEMANN
                       Clerk of Court