UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

KINGVISION PAY-PER-VIEW CORP., LTD.


        -against-

NOSTALGIA'S BAR RESTAURANT                    **JUDGMENT**
d/b/a NOSTALGIA,
                        Defendant,
-------------------------------------------------------X


        This action having been commenced on July 1, 2003 by the filing of the Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant,

Nostalgia's Bar Restaurant d/b/a Nostalgia, on October 14, 2003 by serving a copy of the

summons and complaint on "Mrs. Gonzalez", authorized party, and the proof of service having

been filed on November 6, 2003 and the defendants not having answered the Complaint, and the

time for answering the Complaint having expired, it is

        ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against the

defendants in the amount of $2,550.00 and attorney's fees and costs in the amount of $150.00,

amounting in all to $2,700.00.


Dated: New York, New York
        Dec. 13        , 2005          _____
                                        Allyne R. Ross
                                        United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
KINGVISION PAY-PER-VIEW CORP., LTD.,       :

                           Plaintiff,       :

   -against-       :

NOSTALGIA'S BAR RESTAURANT d/b/a       :
NOSTALGIA
                               :

                      Defendant.       :

                               :
------------------------------------------------------------------- X

03 CV 3233 (ARR)(VVP)

NOT FOR
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

     I have received the Report and Recommendation on the instant case dated September

15, 2005 from the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. No

objections have been filed. Having conducted a *de novo* review of the record, I hereby adopt

the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28

U.S.C. § 636(b)(1). Accordingly, the default judgment is granted and statutory damages in the

amount of $2,550, and attorney's fees and costs in the amount of $150 are awarded in favor of

the plaintiff and against the defendant.

     SO ORDERED.

                                    _____
                                    Allyne R. Ross
                                    United States District Judge

Dated: September 30, 2005
       Brooklyn, New York